**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LILY & VAL, LLC,

      Plaintiff,                              Case No.: 1:26-cv-01896

v.                                       Judge Joan H. Lefkow

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 85 | guangzhoujunzhimaoyi |
| 86 | daichengtang8007 |
| 96 | qujingzhangledianzishangwuyouxiangongsi |
| 100 | SUMIK |
| 125 | gzdizhi |
| 156 | yuanzhououzhenyubaihuodian |

DATED:  March 25, 2026                Respectfully submitted,

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt
                                         FL Bar No. 1036084/IL Bar No. 6207971
                                         Keith A. Vogt PLLC
                                         1820 NE 163rd Street, Suite #306
                                         North Miami Beach, Florida 33162
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt