**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILY & VAL, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE         PARTNERSHIPS       AND UNINCORPORATED    ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 1:26-cv-01896<br><br>**Judge Joan H. Lefkow**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff LILY & VAL, LLC ("Lily & Val" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Lily & Val having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Lily & Val having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Lily & Val has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Lily & Val's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-459-322; VA 2-453-272; VA 2-459-327; VA 2-453-271; VA 2-459-328; VA 2-459-296; VA 2-453-349; VA 2-459-773; VA 2-453-273; VA 2-453-485; VA 2-453-279; VA 2-453-267; VA 2-453-483; VA 2-453-490; VA 2-459-329; VA 2-453-489; VA 2-459-286; VA 2-453-346; VA 2-453-251; VA 2-453-262; VA 2-459-281; and VA 2-453-357 ("Lily & Val Works") to residents of Illinois. In this case, Lily & Val has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the Lily & Val Works. *See* Docket No. [18], which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Lily & Val Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Lily & Val's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Lily & Val Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lily & Val product or not authorized by Lily & Val to be sold in connection with the Lily & Val Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lily & Val product or any other product produced by Lily & Val, that is not Lily & Val's or not produced under the authorization, control, or supervision of Lily & Val and approved by Lily & Val for sale under the Lily & Val Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Lily & Val, or are sponsored by, approved by, or otherwise connected with Lily & Val; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Lily & Val, nor authorized by Lily & Val to be

sold or offered for sale, and which bear any of Lily & Val's copyrights, including the Lily & Val Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Lily & Val Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lily & Val Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Lily & Val, LLC product or not authorized by Lily & Val to be sold in connection with the Lily & Val Works.

3. Upon Lily & Val's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Lily & Val Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Lily & Val is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Lily & Val Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to Lily & Val as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to Lily & Val the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Lily & Val has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Lily & Val shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Lily & Val identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Lily & Val may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

5

9. The ten thousand dollar ($10,000) surety bond posted by Lily & Val is hereby released to Lily & Val or Plaintiff's counsel, JiangIP LLC, 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Lily & Val or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: April 2, 2026

Joan H. Lefkow
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | GuangZhouYiWuShangMao |
| 2 | anyangningxinyuanyanglaofuwu |
| 3 | ZhengShuying |
| 4 | ZiKang Shop |
| 5 | ykcuh |
| 6 | zhoukouguixinshangmaoyouxiangongsi |
| 7 | Yuansun |
| 8 | zhongqingenhukejiyouxiangongsi |
| 9 | 室外顶线科技 |
| 10 | nanyangxingxinwenhuachuanmei |
| 11 | ZiYingFanShan |
| 12 | ywyxgs |
| 13 | 美眉饰科 |
| 14 | liaochengshitaihangnongchanpin |
| 15 | YangZiXuan2025 |
| 16 | Beigehome |
| 17 | rongjietigen |
| 18 | BangYiFangDiChanJingJi |
| 19 | HanXiaoPeng2025 |
| 20 | yongjishirunxiangnongyekaifayouxiangongsi |
| 21 | FIYY |
| 22 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 23 | ningboxinrongmaoyiyouxiangongsi |
| 24 | 义乌市奎谬电子商务商行 |
| 25 | xiangyuanxianyangmeishangmaoyouxiangongsi |
| 26 | jinanqiluxurijiankangguanliyouxiangongsi |
| 27 | yongchengshishenghuijianzhu |
| 28 | ChengJianJian2025 |
| 29 | baoooll |
| 30 | yfyh |
| 31 | jiangmenshixinhuiqudefuniqiufuhu |
| 32 | yuxintrade |
| 33 | 家建具品贸易 |
| 34 | 芬勇百货 |
| 35 | minjjsin |
| 36 | Fengqiu Intelligent Robot |

7

| 37 | riiw |
|---|---|
| 38 | professor think |
| 39 | Arsharenkay |
| 40 | Godhere |
| 41 | Always the 1st Choice |
| 42 | ldsby605AEQ0A |
| 43 | shanxifengyuanshebeianzhuang |
| 44 | LouDiShiPoRanKuoMaoYiYouXianGongSi |
| 45 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 46 | yongchengshiyongguangshangmao |
| 47 | linzhoutaihangshanguoshangmao |
| 48 | 时代童具商品 |
| 49 | aigjinu |
| 50 | jishanxianhaijunzhongzhi |
| 51 | yilijian |
| 52 | QUNNG |
| 53 | 小原子精品 |
| 54 | henanhuifengyejinziyuan |
| 55 | HHFUI |
| 56 | LLIANHH |
| 57 | 户外辉手电品 |
| 58 | Beodin |
| 59 | wngob |
| 60 | zhaoyy |
| 61 | Liu1986xiqian |
| 62 | LJIS |
| 63 | tatyrn |
| 64 | iChen2025 |
| 65 | YangBorq |
| 66 | anqingshenqiangshangmaoyouxiangongsi |
| 67 | luoyangzhadashangmaoyouxiangongsi |
| 68 | TangYinXianZhongXinQiCheZuLinFuWu |
| 69 | YiWuShiHongYuanQiCheXiaoShouYouXianGongSi |
| 70 | shenzhenshidepuhuikejiyou |
| 71 | zhongshanshiyingxindadengshiy |
| 72 | HuHeHaoTeShiXiuSiXianShangMao |
| 73 | tikomo |
| 74 | yangzhixiongdnsainfiafsmnaiawmsaofdi |
| 75 | heyuanzhangmaifuzhuang |
| 76 | jishanxianbochaojianzhugongcheng |

| | |
|---|---|
| 77 | KKKll |
| 78 | eurn |
| 79 | llqon |
| 80 | jinxiongss |
| 81 | qinyuanfuzhuang |
| 82 | DaoMingJianShenFuWu |
| 83 | 昆明咀研商贸有限公司 |
| 84 | jisneh |
| 85 | █████████████ |
| 86 | █████████████ |
| 87 | tryua |
| 88 | Guangzhoumofangshangmaoyouxiangongsi |
| 89 | 淮音商贸行 |
| 90 | yaue |
| 91 | chengjiangchengyushangmaoyouxiangongsi |
| 92 | henanyongjingongchengguanli |
| 93 | wenxixianqinshiyangzhizhuanyehezuoshe |
| 94 | signs4buy |
| 95 | JJUNSS |
| 96 | █████████████ |
| 97 | deyangzhiguangshanxi |
| 98 | xinjiangjiashijiejiazhengfuwu |
| 99 | DeHuiDiNuanAnZhuangGongCheng |
| 100 | █████████████ |
| 101 | hexianyusix |
| 102 | neimengguguochangwenhuakejiyouxiangongsi |
| 103 | ruijinshikaihonggongchengjixiezulinyouxianzerengongsi |
| 104 | 莱莉电子配件 |
| 105 | lasin |
| 106 | zhijiangshibianduicuishangmaoxing11 |
| 107 | HYXNNDZSW |
| 108 | QekNO |
| 109 | GanZhouJingJiJiShuKaiFaQuXunXinYunBaiHuoDian |
| 110 | tthus |
| 111 | TASNG |
| 112 | BEIBEEe |
| 113 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 114 | wanjishipinzhengzhouyouxian |
| 115 | TONBANS |
| 116 | zhujishishangxueqizhenzhi |

9

| | |
|---|---|
| 117 | bofangyike |
| 118 | AE9838P8G |
| 119 | jianhua8990 |
| 120 | wanyujiewangmao32 |
| 121 | Pengqing |
| 122 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 123 | newnewshow® |
| 124 | Local Warehous-US ★ ★ ★ ★ ★(4-7 days for fast delivery) |
| 125 | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 126 | xiouangxinhsd |
| 127 | 车贤饰内店 |
| 128 | guangzhoulinglengxingshangmaoyouxiangongsi |
| 129 | guangzhouyangyulangmaoyiyouxiangongsi |
| 130 | Tie Fa Shi Ye |
| 131 | GarmentPrintCo |
| 132 | 金华市欧狮电子商务商行 |
| 133 | dongzhuo99 |
| 134 | HaiLo |
| 135 | 鬓桐发饰品 |
| 136 | dinadianshop |
| 137 | ciri |
| 138 | guangzhouhengzhanshangmaoyouxiangongsi |
| 139 | ZhuZhouJiongWaShangMaoYouXianGongSi |
| 140 | Zhoukou Yuyu Trading Co., Ltd. |
| 141 | changshajiakekejiyouxiangongsi |
| 142 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 143 | 济南华春茂服装商贸有限公司 |
| 144 | uwya |
| 145 | 柜贤子塑品 |
| 146 | bwenz |
| 147 | yyyiubv |
| 148 | JianWen313 |
| 149 | HRIUYI |
| 150 | Earlymemb |
| 151 | XUNXINYOUBI |
| 152 | 杯架数显 |
| 153 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 154 | jianghengshangmaoyouxiangongsi |

| | |
|---|---|
| 155 | XianNaChuanMuC |
| 156 | |
| 157 | houyidianzishangwuyouxiangongsi |
| 158 | dongguanshiyitefangzhipinyouxiangongsi |
| 159 | yangbailiangshangmao |
| 160 | xueqianshangmao |
| 161 | GoodlW |
| 162 | HCUABLNK |
| 163 | guangyiop1 |
| 164 | Liu Dongjie |
| 165 | hefeidioubaihuo |
| 166 | xiulian |
| 167 | BIZFURN-US |