**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Yanling Jiang
JiangIP, LLC
33 W Jackson. Blvd
Ste 2w
Chicago, IL 60604

9590 9402 7898 2234 9281 47

2. Article Number (Transfer from service label)

9 0710 5270 3783 5458 64

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tim White   6/9/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
amc

JUN 12 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7898 2234 9281 47

**United States**
**Postal Service**

RECEIVED
JUN 12 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of the U.S. District Court
Dirksen Courthouse
219 S. Dearborn St.
Chicago, IL 60604

26cv1896