**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILY AND VAL, LLC, <br><br>       Plaintiff, <br><br>  v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>       Defendant. | Case No. 1:26-cv-01896 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT PRINT GARMENT CO.'S MOTION TO DISMISS PLAINTIFF LILY AND VAL LLC'S COMPLAINT, AND TO DIRECT THE RETURN OF FUNDS**

Defendant Print Garment Co. ("Moving Defendant") hereby moves this Court for an order dismissing Plaintiff Lily and Val, LLC.'s, ("Plaintiff") complaint (Dkt. 1) against Moving Defendant under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, and for an order directing the return of all funds taken by the Plaintiff from Moving Defendant based upon the now vacated default judgment (D.I. 33). In support of this motion, Moving Defendant submits an accompanying memorandum of law, which details the basis for its motion to dismiss and to direct the return of Moving Defendant's funds.

WHEREFORE, for the reasons set forth in the accompanying memorandum, Moving Defendant respectfully requests that the Court grant its motion to dismiss for lack of personal jurisdiction and to direct the return of Moving Defendant's funds.

- 1 -

- 2 -

Dated: July 1, 2026

Respectfully submitted,

*/s/ Arthur A. Gasey*

Arthur A. Gasey (gasey@vvnlaw.com)
Dean D. Niro (dniro@vvnlaw.com)
Nicholas D. Niro (nniro@vvnlaw.com)
**VITALE, VICKREY, NIRO, SOLON &
GASEY LLP**
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Phone: (312) 236-0733
***Attorneys for Defendant Print Garment Co.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2026, the foregoing:

**DEFENDANT PRINT GARMENT CO.'S MOTION TO DISMISS PLAINTIFF LILY AND VAL LLC'S COMPLAINT, AND TO DIRECT THE RETURN OF FUNDS**

was served electronically upon the following counsel:

Yi Bu
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (262) 729-3628
Email: ybu@jiangip.com

Adam Grodman
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (312) 857-8077
Email: agrodman@jiangip.com

Yanling Jiang
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (925) 247-4786
Email: yanling@jiangip.com

Monica Rita Martin
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (630) 733-9483
Email: mmartin@jiangip.com

Cameron Eugene Mcintyre
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (312) 373-0913
Email: cmcintyre@jiangip.com

- 3 -

Christopher Romero
JiangIP LLC
33 W. Jackson Blvd, Unit 2W
Chicago, IL 60604
Tel. (630) 201-3892
Email: cromero@jiangip.com

Keith A. Vogt
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite 306
North Miami Beach. FL 33162
Tel. (708) 203-4787
Email: keith@vogtip.com
**_Attorneys for Plaintiff Lily and Val, LLC_**

Timothy Tiewei Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
Tel. (972) 331-4603
Email: twang@nilawfirm.com
**_Attorney for Defendant 123_**

_/s/ Arthur A. Gasey_
**_Attorneys for Defendant Garment Print Co._**