**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILY AND VAL, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>       Defendant. | Case No. 1:26-cv-01896<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF NGUYEN GIA TUAN**

I, Nguyen Gia Tuan, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Nguyen Gia Tuan.

2. I am a citizen of the Socialist Republic of Vietnam.

3. I am the owner of the online store, Garment Print Co.

4. I am submitting this Declaration in support of Garment Print Co.'s Motion to Vacate the Final Default Judgment Order entered in the above-captioned matter. The statements made herein are based on my personal knowledge.

5. Garment Print Co. operates an online retail storefront, including through an Amazon seller account.

6. Garment Print Co. solely operates in Socialist Republic of Vietnam. Garment Print Co. has never owned, leased, or utilized an office in Illinois. Garment Print Co. has never been liable to the Illinois tax jurisdiction. Garment Print Co. has never advertised, held a telephone

listing, or maintained bank accounts in Illinois. Garment Print Co. has no agents, employees or contractors in Illinois.

7. I understand that Plaintiff Lily and Val LLC filed the above-captioned action in February, 2026 against numerous online sellers identified on Schedule A, which included defendant Garment Print Co.

8. The images shown in Dkt. 18-1 at p. 131, are the only images Plaintiff alleges Garment Print Co. is offering to sell in the United States. In fact, has never sold and shipped any accused products to Illinois.

9. Prior to April 26, 2026, Garment Print Co. did not knowingly receive or review a summons, complaint, or other notice advising that Garment Print Co. was a named defendant in this lawsuit.

10. In April 26, 2026, I first became aware that a legal action might exist not through service or counsel correspondence, but because Garment Print Co.'s Amazon account balance was placed on hold.

11. Garment Print Co. did not intentionally ignore or disregard any emails or notices relating to the above-captioned lawsuit.

12. Emails sent by Plaintiff's counsel concerning this matter were not timely reviewed by Garment Print Co. because they were initially routed to the email's SPAM or junk email folder, rather than to an inbox that was regularly monitored for legal correspondence.

13. The email address used by Plaintiff's counsel to transmit service was not the correct email address designated to reach Garment Print Co.'s legal department or to ensure prompt handling of legal matters.

14. As a result of the above-stated email delivery and routing issues, Garment Print Co. did not become aware of the lawsuit and related communications at the time they were originally sent.

15. Once Garment Print Co. discovered the existence of the lawsuit and the prior emails, it acted promptly and in good faith to address the matter to engage legal counsel.

16. Since learning of the issue, Garment Print Co. has acted diligently to provide information and documentation relating to the email delivery problems in order to assist the Court in understanding why the email communications regarding the lawsuit were missed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Nguyen Gia Tuan*
Dated: May 8, 2026

- 3 -