**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LILY AND VAL, LLC,

        Plaintiff,

  v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendant.

Case No. 1:26-cv-01896

Judge Joan H. Lefkow
Magistrate Judge Jeffrey T. Gilbert

**<u>DEFENDANT GARMENT PRINT CO.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS</u>**

Defendant Garment Print Co. ("Defendant"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a brief two-day extension of time, up to and including August 14, 2026, within which to file its reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction (Dkts. 50, 51). Counsel for Plaintiff has advised that Plaintiff does not oppose the relief requested, and this Motion is therefore unopposed. In support of this Motion, Defendant states as follows:

1.     On July 1, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction, and its accompanying Memorandum of Law in support thereof. (Dkts. 50, 51).

2.     On July 8, 2026, the Court set a briefing schedule on the Motion, ordering that Plaintiff's response be filed by July 29, 2026, and that Defendant's reply be filed by August 12, 2026. (Dkt. 52).

3.     Plaintiff filed its Response in Opposition to Defendant's Motion on July 29, 2026. (Dkt. 53).

4.      Defendant's reply in support of its Motion is currently due August 12, 2026.

5.      This is Defendant's first request for an extension of the reply deadline. The brief extension sought will not affect any other deadline or setting in this case, and no party will be prejudiced by the requested relief.

6.      Counsel for Defendant conferred with counsel for Plaintiff regarding the extension requested herein, and counsel for Plaintiff advised that Plaintiff does not object to the requested extension. This Motion is therefore unopposed.

**WHEREFORE**, Defendant Garment Print Co. respectfully requests that this Court enter an Order extending the deadline for Defendant to file its reply in support of its Motion to Dismiss up to and including August 14, 2026.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Arthur A. Gasey*
Arthur A. Gasey (gasey@vvnlaw.com)
Dean D. Niro (dniro@vvnlaw.com)
Nicholas D. Niro (nniro@vvnlaw.com)
**VITALE, VICKREY, NIRO, SOLON & GASEY LLP**
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Phone: (312) 236-0733
***Attorneys for Defendant Garment Print Co.***

- 2 -