**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lily & Val, LLC

Plaintiff,

v.

Case No.: 1:26−cv−01896
Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion for leave to file sur−reply [57] is denied. The reply brief addresses the applicability of and Rule 4(k)(2) and it addresses whether the existence of HugBerry in Colorado or Amazon in Washington would justify transfer to Colorado (or Washington). If the court needs further briefing concerning whether Rule 4(k)(2), in conjunction with the claimed infringement by publication of copyrighted material on defendant's website, it will call for further briefing. Similarly, if discovery is needed, the court will allow discovery. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.